United States District Court for the Eastern District of Pennsylvania

Leon Weingard, individually and on behalf of all others similarly situated

vs.

Posigen Developer, LLC, doing business as Posigen Solar
_____/

CASE NO. 24-6503

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **10:47 AM** on **12/09/2024**, I served **PosiGen Developer, LLC** at **Capitol Corporate Services, Inc., 125 Locust Street, Harrisburg, PA 17101** in the manner described below:

- ☐ Subject personally served.
- ☐ Adult family member with whom said Subject resides. Relationship is _____.
- ☐ Adult in charge of Subject's residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Subject resides.
- ☐ Agent or person in charge of Subject's office or usual place of business.
- ☑ **Fred Scharf,** who is the **Authorized Representative** of said entity.
- ☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet; Designation Form** issued in the above captioned matter.

Description:
Sex: **Male** Skin: **White** Age: **45** Hair: **Bald** Height: **5ft 10in** Weight: **160 lbs**

Sworn to and subscribed before me this
11th day of December ,2024.

Notary Public

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: -  Our File#: **87810**

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2025
Commission number 1248992

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

