## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to Respond to Complaint has been served as set forth below on this 23rd day of December, 2024 upon the all counsel and parties of record via the Court's Electronic Filing System.

By: */s/ Jessica G. Lucas*
Jessica G. Lucas