### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>   *Plaintiff,*<br><br>v.<br><br>POSIGEN DEVELOPER, LLC,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 24-6503 |

### ORDER

**AND NOW**, this 23rd day of December, 2024, upon consideration of Defendant Posigen Developer, LLC's Consent Motion to Extend Time to Respond to Complaint (ECF 4), it is **ORDERED** that the Motion is **GRANTED.** Defendant may file a response to Plaintiff's Complaint on or before **January 29, 2025**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.