#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **POSIGEN DEVELOPER, LLC** | : | **NO.: 24-cv-6503** |

### O R D E R

**AND NOW**, this **16th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Gerald J. Pappert to the calendar of the Honorable Gail A. Weilheimer.

          **FOR THE COURT:**

          **MITCHELL S. GOLDBERG**
          **Chief Judge**

          **ATTEST:**

          _/s/George Wylesol_____
          **GEORGE WYLESOL**
          **Clerk of Court**