IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| POSIGEN DEVELOPER, LLC | : | No.: 2:24-CV-06503-GJP |
| | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:24-CV-06503-GJP

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Thomas C. Blatchley** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Connecticut | 11/3/2003 | 421851 |
| Massachusetts | 1/13/2021 | 706212 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC Connecticut | 6/14/2004 | ct25892 |
| USDC Massachusetts | 6/17/2021 | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature) [signed: Tom]

Date: 3/10/2025

Name of Applicant's Firm: Gordon Rees Scully Mansukhani
Address: One Financial Plaza, 755 Main Street, Ste. 1700, Hartford, CT 06103
Telephone Number: 860-278-7448
Email Address: tblatchley@grsm.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/10/2025

(Applicant's Signature) [signed: Tom]

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Thomas C. Blatchley__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jessica G. Lucas | *[signature: Jessica Lucas]* | 10/11/2024 | 311280 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gordon Rees Scully Mansukhani

707 Grant Street, Suite 3800, Pittsburgh, PA 15219

(412) 577-7400

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/10/2025__                    _____*[signature: Jessica Lucas]*_____
           (Date)                                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| POSIGEN DEVELOPER, LLC | : | No.: 2:24-CV-06503-GJP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Thomas C. Blatchley, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Andrew R. Perrong, Esq., Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, Pennsylvania 19038, a@perronglaw.com

_____
(Signature of Attorney)
Jessica G. Lucas
_____
(Name of Attorney)
POSIGEN DEVELOPER, LLC
_____
(Name of Moving Party)
3/10/2025
_____
(Date)