IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| POSIGEN DEVELOPER, LLC | : | No.: 2:24-CV-06503-GJP |
| | : | |

ORDER

AND NOW, this 18th day of March 20 25, it is hereby ORDERED that the application of Thomas Blatchley, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.