IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | CIVIL ACTION NO. 2:24-CV-06503-GAW |
| Plaintiff, | |
| v. | |
| POSIGEN DEVELOPER, LLC, | |
| Defendant. | |

### ORDER

AND NOW, this 19th day of May, 2025, upon consideration of Defendant's Consent Motion to Extend Time to Respond to Plaintiff's discovery including Interrogatories, Document Requests, and Requests for Admission, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Motion is **GRANTED**. Defendant's responses to the Discovery Requests are now due on June 13, 2025.

BY THE COURT:

_____ J.