IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | |
| POSIGEN DEVELOPER, LLC | : | No.: 2:24-CV-06503-GJP |

ORDER

AND NOW, this 20th day of May 2025, it is hereby ORDERED that the application of Andrew Bullard, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.