IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| POSIGEN DEVELOPER, LLC | : | NO. 24-6503 |
| Defendant. | : | |

## SCHEDULING ORDER

NOW, this ___ day of May, 2025, following a Rule 16 conference with counsel, it is ORDERED that the case management deadlines are as follows:

1. All factual discovery shall be completed on or before **November 17, 2025**;

2. Plaintiff's expert report, if any, is due by **December 15, 2025**;

3. Defendant's expert report, if any, is due by **January 12, 2026**;

4. Class Certification, if any, is due by **January 26, 2026**;

5. Responses to Class Certification, if any, is due by **February 20, 2026**;

6. Dispositive and Daubert motions shall be filed on or before **March 9, 2026**;

7. Responses to dispositive motions shall be filed no later than **April 6, 2026**;

8. As needed, after a ruling on dispositive motions, a Pretrial Conference shall be scheduled by chambers to set a trial date and associated deadlines[1];

BY THE COURT:

_____
GAIL A. WEILHEIMER   J.

---

[1] The Court will consider a request for bifurcation only if proof warranting it is provided.