**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, | Case No. 24-6503 |
| *Plaintiff,* | |
| *v.* | |
| **POSIGEN DEVELOPER, LLC d/b/a POSIGEN SOLAR** | |
| *Defendant.* | |

## JOINT MOTION FOR EXTENSION TO COMPLETE DISCOVERY

Plaintiff, Leon Weingrad ("Plaintiff"), and Defendant PosiGen Developer LLC ("PosiGen") (collectively referred to herein as the "Parties"), hereby respectfully request that this Honorable Court modify its Scheduling Order to extend all deadlines in this case, including discovery, by 90 days.

Since the Court's entry of its Scheduling Order, the Parties have continued to actively participate in discovery. The parties require additional time, however, owing to continued investigation on the calls, particularly in light of organizational changes at PosiGen. The parties are further currently in the process of scheduling depositions and exploring the potential for resolution in light of these operational changes.

The Parties respectfully submit that good cause exists for the modification of the Scheduling Order as the parties are still actively engaged in discovery. The Parties have conferred and are supportive of the modifications requested in this Motion. No undue delay will be caused

by the modification to the Court's Scheduling Order, and the parties do not seek this relief for an improper purpose..

WHEREFORE, the Parties respectfully request this Court to modify the Court's Scheduling Order as requested above.

Respectfully Submitted,


By:_____/s/_____
Andrew Roman Perrong, Esq.
Bar Number 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529
Facsimile: (888) 329-0305



*Attorney for Plaintiff,*
*Leon Weingrad*



## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this document has been forward to all known counsel of record via E-Filing electronic service in accordance with the Federal Rules of Civil Procedure on this 30th day of September, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong