IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br><br>*Plaintiff*,<br><br>v.<br><br>POSIGEN DEVELOPER, LLC d/b/a POSIGEN SOLAR<br><br><br>*Defendant.* | Case No. 24-6503 |

**[PROPOSED ORDER GRANTING]**

**JOINT MOTION FOR EXTENSION TO COMPLETE DISCOVERY**

AND NOW, this _____ day of _____, 202___, upon consideration of the Parties' Unopposed Motion for Extension of Time to complete discovery, it is ORDERED that the motion is GRANTED. All case deadlines in this matter are extended by 90 days.

_____
, J.

1