### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD | : |
| | :    CIVIL ACTION |
| v. | :    24-cv-06503-GAW |
| POSIGEN DEVELOPER, LLC | : |

### **ORDER**

NOW, this 16th day of October, 2025, following a conference with counsel regarding the Motion to Extend Discovery (Dkt. 18), it is hereby ORDERED that the Motion is GRANTED and all case deadlines are suspended at this time.

It is further ORDERED that a virtual status conference via zoom shall be held on **November 3, 2025, at 3:00 p.m.** to discuss an amended scheduling order.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1614888855?pwd=Jwi4XcAsQDn8y30d9RxWLBDRp8Sm1a.1

Meeting ID: 161 488 8855
Passcode: 887973

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.