IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD | : |
| | :    CIVIL ACTION |
| v. | :    24-cv-06503-GAW |
| POSIGEN DEVELOPER, LLC | : |

**ORDER**

NOW, this 3rd day of November, 2025, following a status conference with counsel, it is hereby ORDERED that that a virtual status conference via zoom shall be held on **December 9, 2025, at 11:30 a.m.** to discuss an amended scheduling order.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1614888855?pwd=Jwi4XcAsQDn8y30d9RxWLBDRp8Sm1a.1

Meeting ID: 161 488 8855
Passcode: 887973

BY THE COURT:

GAIL A. WEILHEIMER, J.