IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **POSIGEN DEVELOPER, LLC** <br> **d/b/a POSIGEN SOLAR** <br><br> *Defendant.* | Case No. 24-6503 |

## JOINT STATUS REPORT

Plaintiff Leon Weingrad ("Plaintiff") and Defendant PosiGen Developer, LLC ("PosiGen") (collectively, the "Parties") hereby submit this Joint Status Report in accordance with the Court's instruction, and respectfully report as follows:

1. PosiGen has filed for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. As a result, the automatic stay provisions of 11 U.S.C. § 362 are now in effect with respect to this action.

2. Counsel for PosiGen has filed a Suggestion of Bankruptcy with this Court, notifying the Court of the bankruptcy filing.

3. Plaintiff is presently evaluating whether to seek relief from the automatic stay in the Bankruptcy Court for the Southern District of Texas. This may include seeking limited relief to permit discovery from third-party service providers who were involved in the transmission of some of the calls at issue in this action. Such discovery would be necessary prior to any potential

amendment to add these third parties as defendants, even if the claims against PosiGen are ultimately dismissed as a result of the bankruptcy proceedings.

4.  In light of the foregoing, the Parties respectfully request that this action be stayed pending further order of this Court and until such time as the automatic bankruptcy stay is lifted or modified, or the bankruptcy process concluded.

5.  Plaintiff will promptly notify this Court if the bankruptcy stay is lifted or modified in a manner that would permit this action to proceed.

Respectfully Submitted,

> By: /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.
> Bar Number 333687
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: (215) 225-5529
> Facsimile: (888) 329-0305
>
> *Attorney for Plaintiff,*
> *Leon Weingrad*

/s/ Thomas C. Blatchley
Thomas C. Blatchley
tblatchley@grsm.com
Gordon Rees Scully Mansukhani
755 Main Street, Suite 1700
Hartford, CT 06103
Phone: 860.494.7525

*Attorney for Defendant*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel certifies that a true and correct copy of this document has been forward to all known counsel of record via E-Filing electronic service in accordance with the Federal Rules of Civil Procedure on this 12th day of January, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
